IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK SHIH, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-12-3206 |
| § | |
| BLUE CROSS BLUE SHIELD OF TEXAS, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

At this court's December 14, 2012 initial conference, the parties stated that Blue Cross Blue Shield of Texas was not the proper defendant in this action. The parties agreed to a dismissal. This suit is dismissed without prejudice.

SIGNED on December 14, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge